JS 45 (5/97) - (Revised USAO MA 11/15/05)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:** Boston   **Category No.** II   **Investigating Agency** BPD

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Sirrocko Landrum   **Juvenile** ☐ Yes  ☒ No

**Alias Name** Santana

**Address** 75 Fayston Street, #1, Boston, MA

**Birth date (Year only):** 1989   **SSN (last 4 #):** 5887   **Sex** M   **Race:** Black   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** John A. Wortmann, Jr.   **Bar Number if applicable** 534680

**Interpreter:** ☐ Yes  ☒ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☒ No   If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** April 23, 2009   **Signature of AUSA:** _[signature]_

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Sirrocko Landrum, a/k/a "Santana"

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a) and 860 | Dist Cocaine base w/in 1000 ft public housing | 1 (4/2/09) |
| Set 2 | 21 U.S.C. §841 | Dist Cocaine Base | 2 (4/4/09) |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**