UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 09-10158-RGS |
| v. ) | |
| ) | VIOLATIONS: |
| SIRROCKO LANDRUM ) | |
| a/k/a/ "SANTANA" ) | 21 U.S.C. § 841(a)(1) -- |
| ) | Possession with Intent to |
| ) | Distribute and Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. § 860 -- Distribution |
| ) | of a Controlled Substance |
| ) | Within 1000 Feet of a Public |
| ) | Housing Project |
| ) | |
| ) | 18 U.S.C. § 2 -- Aiding and |
| ) | Abetting |
| ) | |
| ) | 21 U.S.C. § 853 -- Criminal |
| ) | Forfeiture |

### INDICTMENT

**COUNT ONE:** (21 U.S.C. § 841(a)(1) -- Possession with Intent to Distribute and Distribution of Cocaine Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about April 2, 2009, at Boston in the District of Massachusetts,

**SIRROCKO LANDRUM, A/K/A "SANTANA,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of

the real property comprising a public housing project, more particularly, the Maryellen McCormack Housing Development in South Boston, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT TWO:   (21 U.S.C. § 841(a)(1) -- Possession with Intent to
             Distribute and Distribution of Cocaine
             Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about April 4, 2009, at Boston in the District of Massachusetts,

**SIRROCKO LANDRUM, A/K/A "SANTANA,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute cocaine base, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 2 of this Indictment,

**SIRROCKO LANDRUM, A/K/A "SANTANA,"**

the defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

-4-

All in violation of Title 21, United States Code, Section 853.

Case 1:09-cr-01568-RCS Document 13-3 Filed 05/22/09 Page 5 of 6

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS                May 27, 2009

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

@ 12:25 PM.

-6-