UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 09-10158-RGS |
| | ) | |
| | ) | |
| **SIRROCKO LANDRUM** | | |

**GOVERNMENT SENTENCING RECOMMENDATION**

As the court will recall, the parties to this action have reached certain agreements regarding disposition. These are not binding on the Court because there is no plea agreement (whether tendered under Rule 11(c)(1)(C) or otherwise). These include a joint recommendation that the defendant be incarcerated for 15 months to be followed by 6 years of supervised release with the first three months of that supervised release to be spent in a halfway house.

An important aspect of this sentencing is the length and conditions of supervised release. The parties expect to be in agreement on some if not all of these provisions as well. The government notes where agreement has already been reached but expects there to be additional agreements at sentencing:

1. <u>Incarceration</u>. The parties recommend that the defendant be incarcerated for a period of 15 months.

2. <u>Fine</u>. The parties agree that no fine is appropriate in this case because of the defendant's inability to pay.

3. <u>Mandatory Special Assessment</u>. The parties agree that a

$200 mandatory special assessment must be assessed in this case.

4. <u>Supervised release</u>.  The parties agree that the defendant should be placed on Supervised Release for six years with the first three months to be spent at a halfway house .  In addition to the Mandatory Conditions set forth at U.S.S.G. §5D1.3 and with and any additional special conditions, such as drug treatment and testing, that the Court considers to be appropriate (including any additional conditions the parties recommend), the government recommends the following additional special conditions:

A.  While on supervised release, the defendant stay out of the area bounded by Columbia road, Seaver Street, Columbus Avene, Washington Street, Dudley Street and Leyland Street, all as shown on the map attached as Exhibit 1 which map should be incorporated into the Judgment of Conviction and which area shall hereinafter be referred to as "the Exclusion Zone".  <u>See also PSR </u>at ¶74 (defendant's father states that family home at 75 Fayston Street "is not a safe place for the defendant to return to upon his release from custody").[1] Notwithstanding this restriction, the defendant's Probation Officer shall be entitled to permit the defendant to enter the Exclusion Zone for specific events or occasions for good cause shown without seeking permission from the Court;

C.  While on supervised Release, the defendant shall comply

---

[1] The defendant's father stated that the defendant should not live in Boston.

with the associational restriction attached as Exhibit 2. Notwithstanding this restriction, the defendant's Probation Officer shall be entitled to permit the defendant to be in the company of specific individuals for particular events or occasions for good cause shown without seeking permission from the Court;

  D. During that portion of Supervised Release following the completion of the defendant's stay at the halfway house described above, that the defendant reside at an address to be approved by the Probation Office (preferably located outside Boston), and then remain at that address unless a new residence (outside the Exclusion Zone) is approved by his Probation Officer;

  E. While on Supervised Release, the defendant shall obtain his GED, shall maintain employment, and shall participate in such vocational and educational training as may be directed by his Probation Officer, with the government recommending that consideration be given to an intensive educational and vocation program such as Roca Inc in Chelsea.

         Respectfully submitted,

         CARMEN M. ORTIZ
         UNITED STATES ATTORNEY

     By: /s/ John A. Wortmann, Jr.
        JOHN A. WORTMANN, JR.
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3207

**CERTIFICATE OF SERVICE**

    The government hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

    /S John A. Wortmann, Jr.   4/6/10
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney