Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Sirrocko Landrum  **Case Number:** 09-CR-10158

**Name of Sentencing Judicial Officer:** The Honorable Richard G. Stearns, U.S. District Judge

**Date of Original Sentence:** 4/6/10

**Original Offense:** Possession with Intent to Distribute and Distribution of Cocaine Base within 1,000 Feet of a Public Housing Project and Aiding & Abetting and Possession with Intent to Distribute and Distribution of Cocaine Base and Aiding & Abetting, in violation of 21 U.S.C. § 860, 18 U.S.C. § 2, and 21 U.S.C. § 841(a)(1)

**Original Sentence:** 15 months custody of the Bureau of Prisons followed by 6 years supervised release

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 9/27/10

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**  **Nature of Noncompliance**

I   **Violation of Special Condition:**
    **The defendant is to reside for a period of three (3) months in a community corrections center and shall observe the rules of that facility.**

    On 9/27/10, Mr. Landrum was released from the custody of the Bureau of Prisons and entered the program at the Correctional Alternative Center (CAC) in Lawrence, MA. According to an incident report prepared by program staff at the CAC, Mr. Landrum was terminated from the program on 10/2/10 in response to a positive breathlyzer which measure his blood alcohol content at .024.

U.S. Probation Officer Action:

A meeting was held in the Probation Office with Mr. Landrum on 10/5/10. He admitted to consuming a small amount of alcohol while inside the CAC prior to testing. Although we view, Mr. Landrum's decision to drink alcohol as troubling, his removal from the program in response to his first issue of non-compliance may have been done in haste.

Our office made arrangements with the Bureau of Prisons Community Corrections Management Office for alternative placement at the Coolidge House in order to assist Mr. Landrum in regaining compliance with the Court's order. Mr. Landrum remained in compliance with reporting and other instructions while outside a community corrections center. We have confirmed his arrival at the Coolidge House on 10/18/10 as instructed.

It has been made clear to Mr. Landrum that any further issues of non-compliance may result in our office revisiting

Prob 12A                                            - 2 -                                   **Report on Offender**
                                                                                            **Under Supervision**

our position on the above-noted violation.  We will continue to work with him as he seeks employment and works at enrollment in educational and/or vocational training programs.

Our office will continue to monitor his progress and notify the Court of any further issues of non-compliance.  We respectfully recommend that Your Honor refrain from taking any formal action at this time.

| Reviewed/Approved by: | | Respectfully submitted, |
|---|---|---|
| /s/ Joseph LaFratta | By | /s/ Michael J. Galluzzo |
| Joseph LaFratta | | Michael J. Galluzzo |
| Supervising U.S. Probation Officer | | U.S. Probation Officer |
| | | Date: 10/19/10 |

[ ]   Approved
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

_____
The Honorable Richard G. Stearns
U.S. District Judge

_____
Date